No. 655. PEARLMAN ET AL. *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Joseph Forer* and *Harold Buchman* for petitioners. *Thomas B. Finan,* Attorney General of Maryland, *Robert C. Murphy,* Deputy Attorney General, and *Robert S. Bourbon,* Special Assistant Attorney General, for respondent. ▮

No. 703. SKOKOMISH TRIBE OF INDIANS *v.* FRANCE ET AL. C. A. 9th Cir. Certiorari denied. *Malcolm Stewart McLeod* and *Frederick Paul* for petitioner. *Marshall McCormick* and *Paul J. Nolan* for the City of Tacoma; *F. Joseph Donohue* for Simpson Logging Co.; and *William E. Evenson* for Carlson et al., respondents.

No. 765. SCHAEFFER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *F. W. Durnan* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *Elizabeth Dudley* for the United States. ▮

No. 779. REKEWEG, GUARDIAN, ET AL. *v.* FEDERAL MUTUAL INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied. *J. Gareth Hitchcock* and *Howard S. Grimm* for petitioners. *Leigh L. Hunt* for respondents. ▮

No. 854. CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF COLCHESTER, HAMDEN, HANCOCK, WALTON, ANDES AND TOMPKINS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Francis R. Paternoster* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Julius L. Sackman* for respondent. ▮